In Re: Ronald FONTANES, Petitioner.

No. 08–1943.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 13, 2008.

Decided: Nov. 18, 2008.

Ronald Fontanes, Petitioner Pro Se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Fontanes petitions for an extraordinary writ pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2000). We find that relief is not warranted. Accordingly, while we grant Fontanes leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*